AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Tammie Cuevas | ) |
| | ) |
| | ) |
| | ) |
| | ) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY  4 2025

ARTHUR JOHNSTON
BY          DEPUTY

Case No.   1:25mj 578

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 3, 2025 _____ in the county of _____ Harrison _____ in the

_____ Southern _____ District of _ MS, Southern Division _, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Violate the Animal Welfare Act. |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_Complainant's signature_

Tchanavian N. Cola, Special Agent

_Printed name and title_

Sworn to before me and signed in my presence.

Date:  5-4-2025

_Judge's signature_

City and state:  _____ Gulfport, Mississippi _____      Robert P. Myers, Jr., United States Magistrate Judge

_Printed name and title_

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Tchanavian N. Cola, being duly sworn, do hereby depose and state that the following is true and correct to the best of my knowledge:

**PURPOSE OF AFFIDAVIT**

1.     I am a Special Agent with Homeland Security Investigations (HSI).

2.     Because this affidavit is being submitted for establishing probable cause to support issuing a criminal complaint, I have not included every fact known to me concerning this investigation. I have submitted only those facts and circumstances that I believe are necessary to establish probable cause to support the issuance of a criminal complaint.

3.     The information contained in this affidavit is known to me, personally through my examination of various reports, evidence, records and/or is based on information that has been relayed to me by other law enforcement officers or individuals, as indicated below.  I state the following:

4.     In March 2025, HSI received information from a confidential source (CS) that illegal animal fighting was taking place at 16478 Northup Cuevas Road, Gulfport, Mississippi. The CI stated that the events take place every other Saturday. The CS stated that there is an entry fee to enter the event, and that there is cockfighting taking place in an arena located on the property.

5.     In April 2025, HSI utilized a CS to attend an event, which was audio and video recorded, at the property located at 16478 Northup Cuevas Road, Gulfport, Mississippi. During the review of the audio and video recording, Agents were able to observe several cockfights take place inside a "fighting arena" that contained a caged arena with a dirt bottom pit, which is surrounded by bleacher style seating. The CS was charged to enter the fighting arena.

6.     During the video, rooster fighters are seen entering the area and weighing their roosters before entering the caged arena. Once inside the arena, roosters were observed wearing knives or gaffs

attached to their leg. The roosters were placed on the dirt floor to fight until one rooster died.

7.    Based upon the information observed from the CS during the cockfighting event at 16478 Northup Cuevas Road, Gulfport, Mississippi, law enforcement officers obtained a search warrant on April 30, 2025.  The search warrant was executed on May 3, 2025, at 16478 Northup Cuevas Road, Gulfport, Mississippi.

8.    During the execution of the search warrant, officers encountered an individual identified as Tammie Cuevas ("CUEVAS").  CUEVAS was in the arena area of the property when the search warrant was executed. CUEVAS was interviewed by law enforcement.

9.    During the interview, CUEVAS admitted that she worked a concession stand in the arena during the cockfights.  CUEVAS admitted that the owner of the property on which the cockfighting occurred was her brother-in-law. She claimed proceeds from the concession stand were being used for her sister's medical procedure (the wife of the property owners).  She admitted to previously working the concession stand during prior cockfights.  This is corroborated by the video from the confidential source during a prior fight.

10.    More than two gamecocks participated in the cockfighting in the prior event and the event on May 3, 2025.

11.    There is also probable cause to believe that the cockfighting event on May 3, 2025, was in or affecting interstate commerce because at least some of the attendees and/or participants traveled from out of state to the State of Mississippi to attend/participate in the event, and at least one person traveled from another state to the State of Mississippi with gamecocks to enter the gamecocks into the event.

12.    Pursuant to Title 7 U.S.C. 2156(a), it is unlawful for any person to knowingly sponsor or exhibit (e.g. handle, arrange, or pay for) an animal in any animal fighting venture.  The term "animal fighting venture" is defined as any event, in or affecting interstate or foreign commerce, that involves a fight

conducted between at least two animals for the purpose of sports, wagering, or entertainment.

13.     Pursuant to Title 18, United State Code, Section 371, it is an offense to conspire to commit any offense against the United States.

14.     While CUEVAS denied handling or caring for the gamecocks, her relationship with property owner and repeated participation in the concession stand sales demonstrate that she conspired with the property owner to sponsor and/or exhibit an animal in an animal fighting venture in violation of Title 18, United Sates Code, Section 371 and Title 7, United States Code, Section 2156(a).

15.     Based upon the foregoing information, my training and experience, I submit there is probable cause to believe that, between April 1, 2025, and May 3, 2025, in the Southern District of Mississippi, CUEVAS violated Title 18, United States Code, Section 371, by conspiring to violated Title 7, United States Code, Section 2156(a).

Tchanavian N. Cola, Special Agent
Homeland Security Investigations

Sworn and subscribed before me this _____ day of May 2025.

United States Magistrate Judge